AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-CV-20313-MGC

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* SCHLOTZSKY'S FRANCHISOR SPV LLC
was received by me on *(date)* 01/29/2020

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LYNANNE GARES (MANAGING AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* SCHLOTZSKY'S FRANCHISOR SPV LLC C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 on *(date)* 01/29/2020 AT 11:15 AM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 01/29/2020

*Server's signature*

KEVIN S. DUNN                    PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD, PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS; COMPLAINT FOR INJUNCTIVE RELIEF
SWORN TO ME ON 01/29/2020

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| WINDY LUCIUS | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 20-cv-20313-MGC |
| SCHLOTZSKY'S FRANCHISOR SPV LLC | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SCHLOTZSKY'S FRANCHISOR SPV LLC
c/o Registered Agent CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, FL 33156
T: 305-351-2014
cc@cunninghampllc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 24, 2020



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Esperanza Buchhorst
Deputy Clerk
U.S. District Courts